# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# HATSUNE MIKU

**Reg. No. 4,891,005**

**Registered Jan. 26, 2016**

**Int. Cls.: 3, 9, 14, 15, 16, 18, 21, 24, 25, 28, 30, 32, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
11F NIHON SEIMEI SAPPORO BLDG.,
1-1 NISHI4 KITA3, CHUO-KU, SAPPORO-SHI HOKKAIDO 060-0003
JAPAN

FOR: NON-MEDICATED TOILETRIES; PERFUME; FRAGRANCES; INCENSE; LIP CREAM; HAND CREAM; NAIL VARNISH FOR COSMETIC PURPOSES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: CELLULAR PHONES; CELL PHONE STRAPS; CELL PHONE COVERS; DISPLAY SCREEN PROTECTORS FOR PROVIDING SHADE AND PRIVACY SPECIALLY ADAPTED TO ELECTRONIC DEVICES, NAMELY, CELL PHONES; DIGITAL AUDIO PLAYERS; HEADPHONES; EAR BUDS; LOUDSPEAKERS; KARAOKE MACHINES; COMPUTER PERIPHERAL DEVICES; ELECTRONIC PENS; COMPUTER MOUSE; MOUSE PADS (COMPUTER PERIPHERAL); BAGS ADAPTED FOR LAPTOPS; SLEEVES FOR LAPTOPS; TABLET COMPUTER; COMPUTER OPERATING PROGRAMS, RECORDED; DOWNLOAD- ABLE COMPUTER SOFTWARE FOR MAKING MUSIC; COMPUTER GAME PROGRAMS; PHONOGRAPH RECORDS FEATURING MUSIC; COMPACT DISCS FEATURING MUSIC; DOWNLOADABLE MUSIC FILES; DVDS FEATURING MUSIC OR CARTOON; DOWNLOAD- ABLE IMAGE FILES CONTAINING COMIC CHARACTERS; VIDEO DISKS AND VIDEO TAPES WITH RECORDED ANIMATED CARTOONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS AND COMICS IN THE FIELD OF MUSIC; EYEGLASSES; EYEGLASS CASES; SPORTS EYEWEAR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: CLOCKS; ALARM CLOCKS; WRISTWATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: ELECTRONIC MUSICAL INSTRUMENTS; MUSIC SYNTHESIZERS; ELECTRONIC MUSICAL KEYBOARDS; MUSICAL INSTRUMENTS; CASES FOR MUSICAL INSTRU- MENTS; GUITARS; DRUMSTICKS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER AND CARDBOARD; GIFT WRAPPING PAPER; TOILET PAPER; STATIONERY; POCKET MEMORANDUM BOOKS; NOTE BOOKS; NOTEPADS; PAPER NOTE TABLETS; ENVELOPES FOR STATIONERY USE; POSTCARDS; GREETING CARDS; BALL-POINT PENS; STICKERS (STATIONERY); PEN CASES; INK PENS; COLOURED PENS; PASTELS; PAPER PARTY DECORATIONS; INK STAMPS; POSTERS; CALENDARS; BOOKS IN THE



Director of the United States
Patent and Trademark Office

**Reg. No. 4,891,005** FIELD OF MUSIC OR COMICS; TRADING CARDS; MAGAZINES IN THE FIELD OF MUSIC, COMICS OR CARTOONS; COMIC BOOKS; DIARIES; NOVELS; PICTURES; PHOTOGRAPHS (PRINTED); PHOTOGRAPH STANDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS; CARRY-ON BAGS; SHOULDER BAGS; HANDBAGS; SUITCASES; CREDIT CARD CASES; KEY BAGS; PURSES; BUSINESS CARD CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: COMBS; ELECTRIC AND NON-ELECTRIC TOOTHBRUSHES; POWDER COMPACTS SOLD EMPTY; HAIR BRUSHES; DISHES; DRINKING VESSELS; LUNCH BOXES; MUGS; PIGGY BANKS; SOAP DISPENSERS; TOILET PAPER HOLDERS; PILL BOXES FOR PERSONAL USE; DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TOWELS OF TEXTILE; FACE TOWELS OF TEXTILE; BATH TOWELS; COVERS FOR CUSHIONS; PILLOWCASES; BED SHEETS; BED BLANKETS; MATTRESS COVERS; TAPESTRIES OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: COATS; SWEATERS; LEGGINGS; RAINWEAR; NIGHTWEAR; UNDERWEAR; SWIMSUITS; BATHING CAPS; CAMISOLES; DRESSING GOWNS AND BATH ROBES; TEE SHIRTS; KIMONOS; APRONS; SOCKS AND STOCKINGS; GLOVES; NECKTIES; BANDANAS; SCARVES; MUFFLERS; CHILDREN'S AND INFANTS' CLOTH BIBS; SLEEP MASKS; CAPS; RAIN BOOTS; SANDALS; SNEAKERS; BOOTS; WOMEN'S SHOES; INFANTS' SHOES AND BOOTS; SLIPPERS; MASQUERADE COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: DOLLS; TOY FIGURES; STUFFED TOYS; CHRISTMAS TREE ORNAMENTS EXCEPT CONFECTIONERY AND ELECTRIC CHRISTMAS TREE LIGHTS; JIGSAW PUZZLES; CHESS GAMES; MAH-JONG; BALLS FOR GAMES; INFLATABLE FLOATS, NAMELY, INFLATABLE FLOATING MATTRESSES FOR BATHING AND SWIMMING; SKATEBOARDS; ARCADE VIDEO GAME MACHINES , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: TEA-BASED BEVERAGES; COFFEE-BASED BEVERAGES; BREAD; SANDWICHES; HAMBURGER SANDWICHES; PIZZA; HOT DOG SANDWICHES; CANDY; GUMMY CANDIES; CHEWING GUM; CHOCOLATE; ICE CREAM; UNROASTED COFFEE; INSTANT NOODLES; CORN CHIPS, IN CLASS 30 (U.S. CL. 46).

FOR: AERATED WATER; MINERAL WATER; FRUIT JUICE; VEGETABLE JUICE (BEVERAGE); WHEY BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: PROVIDING ON-LINE ELECTRONIC PUBLICATIONS IN THE FORM OF E-MAGAZINES OR BOOKS FEATURING MUSIC, COMICS OR CARTOONS, NOT DOWN-LOADABLE; PROVIDING ON-LINE VIDEOS FEATURING MUSIC OR CARTOONS, NOT DOWNLOADABLE; PROVIDING ON- LINE MUSIC, NOT DOWNLOADABLE; PRESENTATION OF LIVE SHOW PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING TEMPORARY USE OF A WEB-BASED SOFTWARE APPLICATION FOR MUSIC COMPOSING; DRESS DESIGNING, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 4-21-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1251590 DATED 10-20-2014, EXPIRES 10-20-2024.

**Reg. No. 4,891,005** THE ENGLISH TRANSLATION OF THE WORD "HATSUNE MIKU" IN THE MARK IS "THE FIRST SOUND OF THE FUTURE".

SER. NO. 79-167,081, FILED 10-20-2014.

DAVID MURRAY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**HATSUNE MIKU**

**Reg. No. 4,163,035**

**Registered June 26, 2012**

**Int. Cls.: 9 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
DUNLOP SK BLDG., ODORI WEST 10TH
CHUO-KU
SAPPORO 060-0042, JAPAN

FOR: COMPUTER SOFTWARE FOR CREATING AND EDITING MUSIC AND SOUNDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: TOY FIGURES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

OWNER OF INTERNATIONAL REGISTRATION 1062419 DATED 11-16-2010, EXPIRES 11-16-2020.

THE TRANSLITERATION OF THE NON-LATIN CHARACTERS IN THE MARK IS: "HATSUNE MIKU".

THE WORDING "HATSUNE MIKU" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 79-106,369, FILED 7-25-2011.

CARRIE GENOVESE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# MIKUNOPOLIS

**Reg. No. 4,188,691**

**Registered Aug. 14, 2012**

**Int. Cls.: 9 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
DUNLOP SK BLDG., ODORI WEST 10TH
CHUO-KU, SAPPORO-SHI
HOKKAIDO 060-0042, JAPAN

FOR: PRE-RECORDED DVDS FEATURING MUSICAL PERFORMANCE; DIGITAL MEDIA, NAMELY, PRE-RECORDED DVDS, DOWNLOADABLE AUDIO AND VIDEO RECORDINGS, CDS CONTAINING MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRESENTATION OF MUSICAL PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-15-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1108695 DATED 11-4-2011, EXPIRES 11-4-2021.

THE WORD(S) "MIKUNOPOLIS" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 79-109,892, FILED 11-4-2011.

COURTNEY ALVAREZ, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**MEGURINE / LUKA**

**Reg. No. 4,872,410**

**Registered Dec. 22, 2015**

**Int. Cls.: 9, 15, 25, 28, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
11F NIHON SEIMEI SAPPORO BLDG.
1-1 NISHI4 KITA3, CHUO-KU, SAPPORO-SHI HOKKAIDO 060-0003
JAPAN

FOR: COMPUTER PROGRAMS, NAMELY, PROGRAMS FOR MAKING MUSIC RECORD-INGS; DOWNLOADABLE COMPUTER, NAMELY, SOFTWARE FOR MAKING MUSIC RE-CORDINGS; COMPUTER OPERATING PROGRAMS, RECORDED; DOWNLOADABLE MUSIC FILES; RECORDED COMPACT DISCS FEATURING MUSIC; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE FIELD OF MUSIC OR COMICS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: MUSICAL INSTRUMENTS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: TEE SHIRTS; COATS; SWEATERS; LEGGINGS; RAINWEAR; NIGHTWEAR; UNDER-WEAR; SWIMSUITS; BATHING CAPS; CAMISOLES; DRESSING GOWNS AND BATH ROBES; APRONS; SOCKS AND STOCKINGS; GLOVES; NECKTIES; BANDANAS; SCARVES; MUFFLERS; SPORTS SHOES; MASQUERADE COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TOY FIGURES; DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES; PRESENTATION OF MUSICAL PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR MUSIC COMPOSING, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STYLIZED JAPANESE CHARACTERS ABOVE THE WORDING "MEGURINE LUKA".

OWNER OF INTERNATIONAL REGISTRATION 1061501 DATED 11-16-2010, EXPIRES 11-16-2020.

THE TRANSLITERATION OF THE NON-LATIN CHARACTERS IN THE MARK IS: "MEGUR-INE LUKA".

Director of the United States
Patent and Trademark Office

**Reg. No. 4,872,410** THE WORDING "MEGURINE LUKA" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 79-159,406, FILED 10-20-2014.

SHARON MEIER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# KAGAMINE RIN

**Reg. No. 4,876,507**

**Registered Dec. 29, 2015**

**Int. Cls.: 9, 16, 18, 25, 28, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
11F NIHON SEIMEI SAPPORO BLDG.,
1-1 NISHI4 KITA3, CHUO-KU, SAPPORO-SHI HOKKAIDO 060-0003
JAPAN

FOR: CELLULAR PHONES; CELL PHONE STRAPS; CELL PHONE COVERS; DISPLAY SCREEN PROTECTORS FOR PROVIDING SHADE AND PRIVACY SPECIALLY ADAPTED TO ELECTRONIC DEVICES, NAMELY, CELL PHONES; DIGITAL AUDIO PLAYERS; HEADPHONES; EAR BUDS; LOUDSPEAKERS; KARAOKE MACHINES; COMPUTER PERIPHERAL DEVICES; ELECTRONIC PENS; COMPUTER MOUSE; MOUSE PADS; BAGS ADAPTED FOR LAPTOPS; SLEEVES FOR LAPTOPS; TABLET COMPUTER; COMPUTER OPERATING PROGRAMS, RECORDED; DOWNLOADABLE COMPUTER SOFTWARE FOR MAKING MUSIC; COMPUTER GAME PROGRAMS; PHONOGRAPH RECORDS FEATURING MUSIC; COMPACT DISCS FEATURING MUSIC; DOWNLOADABLE MUSIC FILES; DVDS FEATURING MUSIC OR CARTOON; DOWNLOADABLE IMAGE FILES CONTAINING COMIC CHARACTERS; VIDEO DISKS AND VIDEO TAPES WITH RECORDED ANIMATED CARTOONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS OR MAGAZINES IN THE FIELD OF MUSIC OR COMICS; EYEGLASSES; EYEGLASS CASES; SPORTS EYEWEAR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PAPER AND CARDBOARD; GIFT WRAPPING PAPER; TOILET PAPER; STATIONERY; POCKET MEMORANDUM BOOKS; NOTE BOOKS; NOTEPADS; PAPER NOTE TABLETS; ENVELOPES FOR STATIONERY USE; POSTCARDS; GREETING CARDS; BALL-POINT PENS; STICKERS; PEN CASES; INK PENS; COLOURED PENS; PASTELS; PAPER PARTY DECORATIONS; INK STAMPS; POSTERS; CALENDARS; BOOKS IN THE FIELD OF MUSIC OR COMICS; TRADING CARDS; MAGAZINES IN THE FIELD OF MUSIC, COMICS OR CARTOONS; COMIC BOOKS; DIARIES; NOVELS; PICTURES; PHOTOGRAPHS; PHOTO-GRAPH STANDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS; CARRY-ON BAGS; SHOULDER BAGS; HANDBAGS; SUITCASES; CREDIT CARD CASES; KEY BAGS; PURSES; BUSINESS CARD CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: COATS; SWEATERS; LEGGINGS; RAINWEAR; NIGHTWEAR; UNDERWEAR; SWIMSUITS; BATHING CAPS; CAMISOLES; DRESSING GOWNS AND BATH ROBES; TEE SHIRTS; KIMONOS; APRONS; SOCKS AND STOCKINGS; GLOVES; NECKTIES; BANDANAS; SCARVES; MUFFLERS; CHILDREN'S AND INFANTS' CLOTH BIBS; SLEEP

**Reg. No. 4,876,507** MASKS; CAPS; RAIN BOOTS; SANDALS; SNEAKERS; BOOTS; WOMEN'S SHOES; INFANTS' SHOES AND BOOTS; SLIPPERS; MASQUERADE COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: DOLLS; TOY FIGURES; STUFFED TOYS; CHRISTMAS TREE ORNAMENTS; JIGSAW PUZZLES; CHESS GAMES; MAH-JONG; BALLS FOR GAMES; INFLATABLE FLOATS FOR BATHING AND SWIMMING; SKATEBOARDS; ARCADE VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: PROVIDING ON-LINE ELECTRONIC PUBLICATIONS IN THE NATURE OF BOOKS OR MAGAZINES FEATURING MUSIC, COMICS OR CARTOONS, NOT DOWNLOADABLE; PROVIDING ON-LINE VIDEOS FEATURING MUSIC OR CARTOONS, NOT DOWNLOAD-ABLE; PROVIDING ON- LINE MUSIC, NOT DOWNLOADABLE; PRESENTATION OF LIVE SHOW PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMAES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING TEMPORARY USE OF A WEB-BASED SOFTWARE APPLICATION FOR MUSIC COMPOSING; DRESS DESIGNING, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 4-21-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1250859 DATED 10-20-2014, EXPIRES 10-20-2024.

THE WORDING "KAGAMINE RIN" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 79-166,747, FILED 10-20-2014.

PAM WILLIS, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# MEGURINE LUKA

**Reg. No. 4,876,508**

**Registered Dec. 29, 2015**

**Int. Cls.: 9, 16, 18, 25, 28, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
11F NIHON SEIMEI SAPPORO BLDG.,
1-1 NISHI4 KITA3, CHUO-KU, SAPPORO-SHI HOKKAIDO 060-0003
JAPAN

FOR: CELLULAR PHONES; CELL PHONE STRAPS; CELL PHONE COVERS; DISPLAY SCREEN PROTECTORS FOR PROVIDING SHADE AND PRIVACY SPECIALLY ADAPTED TO ELECTRONIC DEVICES, NAMELY, CELL PHONES; DIGITAL AUDIO PLAYERS; HEADPHONES; EAR BUDS; LOUDSPEAKERS; KARAOKE MACHINES; COMPUTER PERIPHERAL DEVICES; ELECTRONIC PENS; COMPUTER MICE; COMPUTER PERIPHERALS, NAMELY, MOUSE PADS; BAGS ADAPTED FOR LAPTOPS; SLEEVES FOR LAPTOPS; TABLET COMPUTERS; COMPUTER OPERATING PROGRAMS, RECORDED; DOWNLOADABLE COMPUTER SOFTWARE FOR MAKING MUSIC; COMPUTER GAME PROGRAMS; PHONOGRAPH RECORDS FEATURING MUSIC; COMPACT DISCS FEATURING MUSIC; DOWNLOADABLE MUSIC FILES; DVDS FEATURING MUSIC; DVDS FEATURING CARTOONS; DOWNLOADABLE IMAGE FILES CONTAINING COMIC CHARACTERS; VIDEO DISKS AND VIDEO TAPES WITH RECORDED ANIMATED CARTOONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINE OR BOOKS IN THE FIELDS OF MUSIC AND COMICS; EYEGLASSES; EYEGLASS CASES; SPORTS EYEWEAR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PAPER AND CARDBOARD; GIFT WRAPPING PAPER; TOILET PAPER; STATIONERY; POCKET MEMORANDUM BOOKS; NOTE BOOKS; NOTEPADS; PAPER NOTE TABLETS; ENVELOPES FOR STATIONERY USE; POSTCARDS; GREETING CARDS; BALL-POINT PENS; STATIONERY, NAMELY, STICKERS; PEN CASES; INK PENS; COLOURED PENS; PASTELS; PAPER PARTY DECORATIONS; INK STAMPS; POSTERS; CALENDARS; BOOKS IN THE FIELDS OF MUSIC AND COMICS; TRADING CARDS; MAGAZINES IN THE FIELD OF MUSIC, COMICS AND CARTOONS; COMIC BOOKS; DIARIES; NOVELS; PICTURES; PRINTED PHOTOGRAPHS; PHOTOGRAPH STANDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS; CARRY-ON BAGS; SHOULDER BAGS; HANDBAGS; SUITCASES; CREDIT CARD CASES; KEY BAGS; PURSES; BUSINESS CARD CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: COATS; SWEATERS; LEGGINGS; RAINWEAR; NIGHTWEAR; UNDERWEAR; SWIMSUITS; BATHING CAPS; CAMISOLES; DRESSING GOWNS AND BATH ROBES; TEE

**Reg. No. 4,876,508** SHIRTS; KIMONOS; APRONS; SOCKS AND STOCKINGS; GLOVES; NECKTIES; BANDANAS; SCARVES; MUFFLERS; CHILDREN'S AND INFANTS' CLOTH BIBS; SLEEP MASKS; HEADWEAR, NAMELY, CAPS; RAIN BOOTS; SHOES, NAMELY, SANDALS; SNEAKERS; BOOTS; WOMEN'S SHOES; INFANTS' SHOES AND BOOTS; SLIPPERS; MASQUERADE COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: DOLLS; TOY FIGURES; STUFFED TOYS; CHRISTMAS TREE ORNAMENTS EXCLUDING CONFECTIONERY AND ELECTRIC CHRISTMAS TREE LIGHTS; JIGSAW PUZZLES; CHESS GAMES; MAH-JONG; BALLS FOR GAMES; INFLATABLE FLOATS FOR RECREATIONAL USE, NAMELY, FOR BATHING AND SWIMMING; RECREATIONAL EQUIPMENT, NAMELY, SKATEBOARDS; ARCADE VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: PROVIDING ON-LINE NON-DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINE OR BOOKS FEATURING MUSIC, COMICS OR CARTOONS; PROVIDING ON-LINE VIDEOS FEATURING MUSIC OR CARTOONS, NOT DOWNLOADABLE; PROVIDING ON- LINE MUSIC, NOT DOWNLOADABLE; PRESENTATION OF LIVE SHOW PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING TEMPORARY USE OF A WEB-BASED SOFTWARE APPLICATION FOR MUSIC COMPOSING; DRESS DESIGNING, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 4-21-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1250945 DATED 10-20-2014, EXPIRES 10-20-2024.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE WORDING "MEGURINE LUKA" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 79-166,784, FILED 10-20-2014.

ESTHER BELENKER, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# KAGAMINE LEN

**Reg. No. 4,876,509**

**Registered Dec. 29, 2015**

**Int. Cls.: 9, 16, 18, 25, 28, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
11F NIHON SEIMEI SAPPORO BLDG.,
1-1 NISHI4 KITA3, CHUO-KU, SAPPORO-SHI HOKKAIDO 060-0003
JAPAN

FOR: CELLULAR PHONES; CELL PHONE STRAPS; CELL PHONE COVERS; DISPLAY SCREEN PROTECTORS FOR PROVIDING SHADE AND PRIVACY SPECIALLY ADAPTED TO ELECTRONIC DEVICES, NAMELY, CELL PHONES; DIGITAL AUDIO PLAYERS; HEADPHONES; EAR BUDS; LOUDSPEAKERS; KARAOKE MACHINES; COMPUTER PERIPHERAL DEVICES; ELECTRONIC PENS; COMPUTER MICE; COMPUTER PERIPHERALS, NAMELY, MOUSE PADS; BAGS ADAPTED FOR LAPTOPS; SLEEVES FOR LAPTOPS; TABLET COMPUTERS; COMPUTER OPERATING PROGRAMS, RECORDED; DOWNLOADABLE COMPUTER SOFTWARE FOR MAKING MUSIC; COMPUTER GAME PROGRAMS; PHONOGRAPH RECORDS FEATURING MUSIC; COMPACT DISCS FEATURING MUSIC; DOWNLOADABLE MUSIC FILES; DVDS FEATURING MUSIC; DVDS FEATURING CARTOONS; DOWNLOADABLE IMAGE FILES CONTAINING COMIC CHARACTERS; VIDEO DISKS AND VIDEO TAPES WITH RECORDED ANIMATED CARTOONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINE OR BOOKS IN THE FIELDS OF MUSIC AND COMICS; EYEGLASSES; EYEGLASS CASES; SPORTS EYEWEAR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PAPER AND CARDBOARD; GIFT WRAPPING PAPER; TOILET PAPER; STATIONERY; POCKET MEMORANDUM BOOKS; NOTE BOOKS; NOTEPADS; PAPER NOTE TABLETS; ENVELOPES FOR STATIONERY USE; POSTCARDS; GREETING CARDS; BALL-POINT PENS; STATIONERY, NAMELY, STICKERS; PEN CASES; INK PENS; COLOURED PENS; PASTELS; PAPER PARTY DECORATIONS; INK STAMPS; POSTERS; CALENDARS; BOOKS IN THE FIELDS OF MUSIC AND COMICS; TRADING CARDS; MAGAZINES IN THE FIELD OF MUSIC, COMICS AND CARTOONS; COMIC BOOKS; DIARIES; NOVELS; PICTURES; PRINTED PHOTOGRAPHS; PHOTOGRAPH STANDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS; CARRY-ON BAGS; SHOULDER BAGS; HANDBAGS; SUITCASES; CREDIT CARD CASES; KEY BAGS; PURSES; BUSINESS CARD CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: COATS; SWEATERS; LEGGINGS; RAINWEAR; NIGHTWEAR; UNDERWEAR; SWIMSUITS; BATHING CAPS; CAMISOLES; DRESSING GOWNS AND BATH ROBES; TEE

**Reg. No. 4,876,509** SHIRTS; KIMONOS; APRONS; SOCKS AND STOCKINGS; GLOVES; NECKTIES; BANDANAS; SCARVES; MUFFLERS; CHILDREN'S AND INFANTS' CLOTH BIBS; SLEEP MASKS; HEADWEAR, NAMELY, CAPS; RAIN BOOTS; SHOES, NAMELY, SANDALS; SNEAKERS; BOOTS; WOMEN'S SHOES; INFANTS' SHOES AND BOOTS; SLIPPERS; MASQUERADE COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: DOLLS; TOY FIGURES; STUFFED TOYS; CHRISTMAS TREE ORNAMENTS EXCLUDING CONFECTIONERY AND ELECTRIC CHRISTMAS TREE LIGHTS; JIGSAW PUZZLES; CHESS GAMES; MAH-JONG; BALLS FOR GAMES; INFLATABLE FLOATS FOR RECREATIONAL USE, NAMELY, FOR BATHING AND SWIMMING; RECREATIONAL EQUIPMENT, NAMELY, SKATEBOARDS; ARCADE VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: PROVIDING ON-LINE NON-DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINE OR BOOKS FEATURING MUSIC, COMICS OR CARTOONS; PROVIDING ON-LINE VIDEOS FEATURING MUSIC OR CARTOONS, NOT DOWNLOADABLE; PROVIDING ON- LINE MUSIC, NOT DOWNLOADABLE; PRESENTATION OF LIVE SHOW PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING TEMPORARY USE OF A WEB-BASED SOFTWARE APPLICATION FOR MUSIC COMPOSING; DRESS DESIGNING, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 4-21-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1250946 DATED 10-20-2014, EXPIRES 10-20-2024.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

THE WORDING "KAGAMINE LEN" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 79-166,785, FILED 10-20-2014.

ESTHER BELENKER, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

**HATSUNE MIKU**

**Reg. No. 4,879,127**

**Registered Jan. 5, 2016**

**Int. Cls.: 3, 9, 14, 15, 16, 18, 21, 24, 25, 28, 30, 32, 41 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

CRYPTON FUTURE MEDIA INC. (JAPAN CORPORATION)
11F NIHON SEIMEI SAPPORO BLDG.,
1-1 NISHI4 KITA3 CHUO-KU, SAPPORO-SHI HOKKAIDO 060-0003
JAPAN

FOR: NON-MEDICATED TOILETRIES; PERFUME; FRAGRANCES; INCENSE; LIP CREAM; HAND CREAM; NAIL VARNISH FOR COSMETIC PURPOSES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: CELLULAR PHONES; CELL PHONE STRAPS; CELL PHONE COVERS; DISPLAY SCREEN PROTECTORS FOR PROVIDING SHADE AND PRIVACY SPECIALLY ADAPTED TO ELECTRONIC DEVICES, NAMELY, CELL PHONES; DIGITAL AUDIO PLAYERS; HEADPHONES; EAR BUDS; LOUDSPEAKERS; KARAOKE MACHINES; COMPUTER PERIPHERAL DEVICES; ELECTRONIC PENS; COMPUTER MOUSE; MOUSE PADS; BAGS ADAPTED FOR LAPTOPS; SLEEVES FOR LAPTOPS; TABLET COMPUTER; COMPUTER OPERATING PROGRAM, RECORDED; DOWNLOADABLE COMPUTER SOFTWARE FOR MAKING MUSIC; COMPUTER GAME PROGRAMS; PHONOGRAPH RECORDS FEATURING MUSIC; COMPACT DISCS FEATURING MUSIC; DOWNLOADABLE MUSIC FILES; DVDS FEATURING MUSIC OR CARTOONS; DOWNLOADABLE IMAGE FILES CONTAINING COMIC CHARACTERS; VIDEO DISKS AND VIDEO TAPES WITH RECORDED ANIMATED CARTOONS; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINES OR BOOKS IN THE FIELD OF MUSIC OR COMICS; EYEGLASSES; EYEGLASS CASES; SPORTS EYEWEAR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: CLOCKS; ALARM CLOCKS; WRISTWATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: ELECTRONIC MUSICAL INSTRUMENTS; MUSIC SYNTHESIZERS; ELECTRONIC MUSICAL KEYBOARDS; MUSICAL INSTRUMENTS; CASES FOR MUSICAL INSTRUMENTS; GUITARS; DRUMSTICKS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PAPER AND CARDBOARD; GIFT WRAPPING PAPER; TOILET PAPER; STATIONERY; POCKET MEMORANDUM BOOKS; NOTE BOOKS; NOTEPADS; PAPER NOTE TABLETS; ENVELOPES FOR STATIONERY USE; POSTCARDS; GREETING CARDS; BALL-POINT PENS; STICKERS; PEN CASES; INK PENS; COLOURED PENS; PASTELS; PAPER PARTY DECORATIONS; INK STAMPS; POSTERS; CALENDARS; BOOKS IN THE FIELD OF MUSIC OR COMICS; TRADING CARDS; MAGAZINES IN THE FIELD OF MUSIC, COMICS OR

**Reg. No. 4,879,127** CARTOONS; COMIC BOOKS; DIARIES; NOVELS; PICTURES; PRINTED PHOTOGRAPHS; PHOTOGRAPH STANDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS; CARRY-ON BAGS; SHOULDER BAGS; HANDBAGS; SUITCASES; CREDIT CARD CASES; KEY BAGS; PURSES; BUSINESS CARD CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: COMBS; ELECTRIC AND NON-ELECTRIC TOOTHBRUSHES; POWDER COMPACTS; HAIR BRUSHES; DISHES; DRINKING VESSELS; LUNCH BOXES; MUGS; PIGGY BANKS; SOAP DISPENSERS; TOILET PAPER HOLDERS; PILL BOXES FOR PERSONAL USE; DRINKING GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TOWELS OF TEXTILE; FACE TOWELS OF TEXTILE; BATH TOWELS; COVERS FOR CUSHIONS; PILLOWCASES; BED SHEETS; BED BLANKETS; MATTRESS COVERS; TAPESTRIES OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: COATS; SWEATERS; LEGGINGS; RAINWEAR; NIGHTWEAR; UNDERWEAR; SWIMSUITS; BATHING CAPS; CAMISOLES; DRESSING GOWNS AND BATH ROBES; TEE SHIRTS; KIMONOS; APRONS; SOCKS AND STOCKINGS; GLOVES; NECKTIES; BANDANAS; SCARVES; MUFFLERS; CHILDREN'S AND INFANTS' CLOTH BIBS; SLEEP MASKS; CAPS; RAIN BOOTS; SANDALS; SNEAKERS; BOOTS; WOMEN'S SHOES; INFANTS' SHOES AND BOOTS; SLIPPERS; MASQUERADE COSTUMES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: DOLLS; TOY FIGURES; STUFFED TOYS; CHRISTMAS TREE ORNAMENTS EXCEPT CONFECTIONERY AND ELECTRIC CHRISTMAS TREE LIGHTS; JIGSAW PUZZLES; CHESS GAMES; MAH-JONG; BALLS FOR GAMES; INFLATABLE FLOATS FOR BATHING AND SWIMMING; SKATEBOARDS; ARCADE VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: TEA-BASED BEVERAGES; COFFEE-BASED BEVERAGES; BREAD; SANDWICHES; HAMBURGER SANDWICHES; PIZZA; HOT DOG SANDWICHES; CANDY; GUMMY CANDIES; CHEWING GUM; CHOCOLATE; ICE CREAM; UNROASTED COFFEE; INSTANT NOODLES; CORN CHIPS, IN CLASS 30 (U.S. CL. 46).

FOR: AERATED WATER; MINERAL WATER; FRUIT JUICE; VEGETABLE JUICE; WHEY BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: PROVIDING ON-LINE ELECTRONIC PUBLICATIONS IN THE NATURE OF E-MAGAZINES OR BOOKS FEATURING MUSIC, COMICS OR CARTOONS, NOT DOWN-LOADABLE; PROVIDING ON-LINE VIDEOS FEATURING MUSIC OR CARTOONS, NOT DOWNLOADABLE; PROVIDING ON-LINE MUSIC, NOT DOWNLOADABLE, NAMELY, PROVIDING NON-DOWNLOADABLE PLAYBACK OF MUSIC VIA GLOBAL COMMUNICATIONS NETWORKS AND PROVIDING PRE-RECORDED MUSIC TO MOBILE COMMUNICATIONS DEVICES VIA A GLOBAL COMPUTER NETWORK AND WIRELESS NETWORKS; PRESENTATION OF LIVE SHOW PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING TEMPORARY USE OF A NON-DOWNLOADABLE WEB-BASED SOFTWARE APPLICATION FOR MUSIC COMPOSING; DRESS DESIGNING, IN CLASS 42 (U.S. CLS. 100 AND 101).

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

PRIORITY DATE OF 4-21-2014 IS CLAIMED.

**Reg. No. 4,879,127** OWNER OF INTERNATIONAL REGISTRATION 1251829 DATED 10-20-2014, EXPIRES 10-20-2024.

THE NON-LATIN CHARACTERS IN THE MARK TRANSLITERATE TO "HATSUNE MIKU" AND THIS HAS NO MEANING IN A FOREIGN LANGUAGE.

THE MARK CONSISTS OF STYLIZED JAPANESE CHARACTERS ABOVE THE STYLIZED WORDING "HATSUNE MIKU".

SER. NO. 79-167,163, FILED 10-20-2014.

ALLISON SCHRODY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,024,722**

**Registered Aug. 23, 2016**

**Int. Cl.: 9, 28**

**Trademark**

**Principal Register**

Crypton Future Media INC. (JAPAN CORPORATION)
11F Nihon Seimei Sapporo Bldg.,
1-1 Nishi4 Kita3, Chuo-Ku, Sapporo-Shi Hokkaido 060-0003
JAPAN

CLASS 9: Cellular phone; cell phone straps; cell phone covers; display screen protectors for providing shade and privacy specially adapted to electronic devices, namely, cell phones; digital audio players; headphones; ear buds; loudspeakers; karaoke machines; computer peripheral devices; electronic pens; computer mouse; mouse pads; bags adapted for laptops; sleeves for laptops; tablet computer; computer operating programs, recorded; downloadable computer software for making music; phonograph records featuring music; compact discs featuring music; downloadable music files; DVDs featuring music; pre-recorded video disks and video tapes featuring music; downloadable electronic publications in the nature of books or magazines in the field of music; eyeglasses; eyeglass cases; sports eyewear

CLASS 28: Dolls; toy figures; stuffed toys; ornaments for Christmas trees, except illumination articles and confectionery; jigsaw puzzles; chess games; mah-jong; balls for games; inflatable floats namely, inflatable floating mattresses for bathing and swimming; skateboards

The color(s) blue, white, gray and black is/are claimed as a feature of the mark.

The mark consists of the wording "KAITO" in blue and black in a stylized font against a gray and white background all within a black outlining surrounding the word.

OWNER OF INTERNATIONAL REGISTRATION 1291604 DATED 11-13-2015, EXPIRES 11-13-2025

The wording "KAITO" has no meaning in a foreign language.

SER. NO. 79-184,292, FILED 11-13-2015
EMILY M CHUO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,163,578**

**Registered Mar. 21, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Crypton Future Media INC. (JAPAN CORPORATION)
11F Nihon Seimei Sapporo Bldg.,
1-1 Nishi4 Kita3 Chuo-Ku, Sapporo-Shi Hokkaido 060-0003
JAPAN

CLASS 28: Dolls; toy figures; stuffed toys; ornaments for Christmas trees, except illumination articles and confectionery; jigsaw puzzles; chess games; mah-jong; inflatable floats namely, inflatable floating mattresses for bathing and swimming; skateboards; arcade video game machines

The color(s) red, gray and white is/are claimed as a feature of the mark.

The mark consists of the wording "MEIKO" in highly stylized red lettering with a white outline design that follows the contours of the "M" and the "K" and forms a box around the remaining letters. The lower half of the mark is subtly shaded with gray.

OWNER OF INTERNATIONAL REGISTRATION 1296462 DATED 11-13-2015, EXPIRES 11-13-2025

The wording "MEIKO" has no meaning in a foreign language.

SER. NO. 79-186,375, FILED 11-13-2015
MATTHEW J MCDOWELL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office